Hon. Iain D. Johnston —    CASE-N. 24 C 50232

Thank you for writeing me I didn't NO this Attorney told me Send Him Paper work and that He will Take care of it also just got your mail on 3-25-25 asking for a little more Time Base on fact this Attorney was Suppose to Handle it Rene Hornazde 815-387-0261 But Sorry Please Dont Take my CASE away I am on Top of it Now might have to get another Attorney I was gonna PAY He said He would Take care Everything my Sister I All Right Now so got to get intouch with my Rest of Family

Thank you for understanding Please give me more Time make Sure you are Payed
        Thank you

Sally Coleman N-47138
P.O Box 1000
Lincoln IL 62656

LEGAL MAIL

Hon Iain D. Johnston
Clerk of the U.S District Court
United States Courthouse
Rockford, Illinois 61101

This Correspondence is from an inmate of the Illinois Department of Corrections

SCREENED
APR 15 2025
US MARSHALS